**No. 67021.**—Firmenich, Inc. *v*. United States, protests 61/24205 and 61/24206 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.